**SHERRY RADACK**
 **CHIEF JUSTICE**

**TERRY JENNINGS**
**EVELYN KEYES**
**LAURA CARTER HIGLEY**
**JANE BLAND**
**MICHAEL MASSENGALE**
**HARVEY BROWN**
**REBECA HUDDLE**
**RUSSELL LLOYD**
 **JUSTICES**



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

**CHRISTOPHER A. PRINE**
 **CLERK OF THE COURT**

**JANET WILLIAMS**
 **CHIEF STAFF ATTORNEY**

**PHONE: 713-274-2700**
**FAX:    713-755-8131**

**www.txcourts.gov/1stcoa.aspx**

July 21, 2015

RE:    **Court of Appeals Number:** 01-15-00440-CV
       **Trial Court Case Number:** 2010-64752

**Style:** In re Ernest Ray Koonce

This is to acknowledge your communication received July 21, 2015, with reference to your direct case. Please be advised that:

1. Our records indicate that on July 20, 2015, we received check #217 for your payment of $145.00 for the filing fee. Enclosed with this letter is the receipt for that payment.

2. We are returning the enclosed check for $145, check # 216.

Very truly yours,

Christopher A. Prine
Clerk of the Court